**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**December 5, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

––––––––––––––––––––

No. 03-30438
Summary Calendar

––––––––––––––––––––

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID ANTHONY FUSELIER; BERRY LYNN HARRIS,

Defendants-Appellants.

---------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:02-CR-20116-02
---------------------

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Beverly L. Harris on direct appeal has filed a motion to withdraw and a brief pursuant to Anders v. California, 386 U.S. 738, 744 (1967). Harris has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.